**Order issued: December 3 , 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01322-CV

### JOSE RODRIGUEZ, Appellant

### V.

### MILAS FRANKLIN, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03664-D**

# ORDER

Before the Court is appellant's November 29, 2012 motion for an extension of time to file a brief. Appellant informs the Court that the reporter's record has not yet been filed. By letter dated November 15, 2012, the Clerk of this Court informed David Roy, Official Court Reporter for County Court at Law No. 4 of Dallas County, Texas, that the record was past due and instructed him to file the record within thirty days. On November 16, 2012, the Court received a letter from David Roy informing us that he had not received a request to prepare the reporter's record. In appellant's motion for an extension, he states that he has now requested preparation of the reporter's record.

Accordingly, we **ORDER** David Roy to file, **within thirty days of the date of this order,** either: (1) the reporter's record; or (2) written verification that appellant has not paid for the record.

*We caution appellant that if the Court receives verification of no payment, we will order the appeal*

*submitted without a reporter's record.*

We **DENY** as premature appellant's motion for an extension of time to file a brief.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission

to David Roy and all counsel of record.

DOUGLAS S. LANG
JUSTICE